Writ refused. This application and this case has been considered on all matters since its inception, in accordance with the previous reservation made by this Court; we find no error of law in the judgment of the Court of Appeal.

156 So.2d 56

Mrs. Corine PRESLEY, Administratrix of the Succession of Barney W. Presley, Jr.

v.

UPPER MISSISSIPPI TOWING CORPORATION.

No. 46847.

Sept. 20, 1963.

In re: Mrs. Corine Presley, Administratrix of the Succession of Barney W. Presley, Jr.; applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 153 So. 2d 416.

Writ refused. We find no error of law in the judgment of the Court of Appeal.